IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| DENNIS GREEN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 424-123 |
| ) | |
| DIETRICH KUHLMANN; ) | |
| NAVY FEDERAL CREDIT UNION; ) | |
| RESURGENT CAPITAL SERVICE; ) | |
| LVNV FUNDINGS; PANIC RECOVERY; ) | |
| and EXPERIAN CONSUMER ) | |
| REPORTING AGENCY, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 1ST day of August, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA