AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DENNIS GREEN, JR.,

Plaintiff,

v.

DIETRICH KUHLMANN, et al.,

Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV424-123

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 1, 2024, Plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted.  This case stands closed.

| 8/1/24 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020